Harper Eugene ALLISON, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. 66640.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Steven J. Harris, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Harper Eugene Allison, Jr., appeals from an order entered in the Circuit Court of Montgomery County denying his Rule 29.15 motion following an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of circuit court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rule 84.16(b).

STATE of Missouri, Plaintiff/Respondent,

v.

John J. AULD, III, Defendant/Appellant.

No. 66071.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

John M. Schilmoeller, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction in a judge tried case for one felony count of possession of a controlled substance, § 195.202, RSMo 1994, and one misdemeanor count of possession of a controlled substance, § 195.202, RSMo 1994. He was sentenced by the court as a persistent offender to a five year term of imprisonment on the felony count and a concurrent one year term on the misdemeanor. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).